HENRY D. PHILLIPS, appellant,

*v.*

JENNIE F. PHILLIPS, respondent.

[Submitted April 11th, 1914.   Decided May 4th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *81 N. J. Eq. 459.*

*Messrs. Vroom, Dickinson & Scammell,* for the appellant.

*Mr. Linton Satterthwaite,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

